# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**THOMAS B. PLUNKETT, III**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 17, 2026

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 25-30621 Ventura Martinez v. Trump
USDC No. 3:25-CV-1445

Enclosed is an order entered in this case.

Sincerely,

THOMAS B. PLUNKETT, III, Clerk

By: Rebecca Andry
Rebecca Andry, Deputy Clerk
504-310-7638

Ms. Nora Ahmed
Mr. Charles Andrew Perry
Mr. Brian Vincent Schaeffer
Ms. Melissa L. Theriot